1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STACY LYNN BURRELLE,

     Plaintiff,

  v.

COMMISSIONER SOCIAL SECURITY,

     Defendants.

Case No. C21-337 TLF

ORDER GRANTING EAJA FEES

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

  It is hereby ORDERED that attorney fees in the amount of $4,894.65 and costs in the amount of $400 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney costs are paid pursuant to 28 U.S.C. §1920. If Plaintiff has no such debt, then the fees shall be delivered via electronic funds transfer or by check made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: D. James Tree, 3711 Englewood Ave., Yakima, WA 98902. If Plaintiff has a debt, then any remaining funds after offset of the debt shall be made to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney's office at the address stated above.

Dated this 16th day of December, 2021.

Theresa L. Fricke
United States Magistrate Judge